UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| DALE EDMONDS & ALINDA EDMONDS, | ) |
|---|---|
| Plaintiffs, | ) Case No. 1:19-cv-00065-CHS |
| v. | ) |
| CITY OF CHATTANOOGA, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

United States Magistrate Judge Christopher H. Steger, having granted the Motion for Summary Judgment [Doc. 31] of the City of Chattanooga, Rick Van Ness, and Jason Clemons, it is hereby **ORDERED** and **ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT
/s/ John Medearis
CLERK OF COURT